

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2025

No. 04-25-00296-CV

**IN RE** Jalen **BARNES**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
              Adrian A. Spears II, Justice
              Velia J. Meza, Justice

Relator filed a petition for writ of habeas corpus on May 8, 2025. This court issued an order requesting a response from respondent and real party in interest by no later than May 23, 2025. Neither respondent nor real party in interest has filed a response to the petition for writ of habeas corpus. This court has considered the petition for writ of habeas corpus, the facts presented, and the applicable law and determined that relator is entitled to the relief requested. The May 8, 2023 contempt order and the March 16 2025, commitment order are void. We grant relator's petition for writ of habeas corpus and order Barnes discharged.

It is so **ORDERED** on June 25, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2023CI05954, styled *James Tyler Priest v. Cartier J Transport LLC and Jalen Barnes*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.